| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kristi L Gonzales<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1582<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Americo A. Gonzales<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0517<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    15–16097–ABA | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristi L Gonzales                                    Americo A. Gonzales
aka Kristi L. Coogan, aka Kristi L. Valeriano

6/12/19                                              **By the court:** Andrew B. Altenburg Jr.
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                   Case No. 15-16097-ABA
Kristi L Gonzales                                        Chapter 13
Americo A. Gonzales
      Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Jun 12, 2019
                              Form ID: 3180W           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db/jdb         +Kristi L Gonzales,    Americo A. Gonzales,    449 Windsor Drive,    Bellmawr, NJ 08031-3032
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 44265,
                 Jacksonville, FL 32231-4265
515428749      +AMCOL Systems,    PO Box 21625,    Columbia, SC 29221-1625
515428750       Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
515428753      +Cavalry Spv I LLC,    c/o Schachter Portnoy LLC,    3490 US Route 1  Ste 6,
                 Princeton, NJ 08540-5920
515428754      +Dr. S Marc Stemmer,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515428755      +Equable Ascent Financial LLC,    1120 W. Lake Cook Road,    Suite B,
                 Buffalo Grove, IL 60089-1970
515428756      +Everbank,    c/o Pluese, Becker & Saltzman, LLC,    aka Green Tree,    2000 Horizon Way, Suite 900,
                 Mount Laurel, NJ 08054-4303
515428763      +Lanzi, Burke & Associates,    15 E. Euclid Avenue,    #B,   Haddonfield, NJ 08033-2300
515428764      +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,    Gibbsboro, NJ 08026-1191
515428765      +Remex Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
515428766      +Retreival Masters Credit Bureau, Inc.,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1616
515428769       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515428771      +Sprains, Strains & Fractures LL,    PO Box 168,    Haddonfield, NJ 08033-0278
515428772      +Underwood Memorial Hospital,    509 N. Broad Street,    Woodbury, NJ 08096-1617
517952877      +Virtua,   200 Bowman Drive,    Voorhees NJ 08043-9623
515428773       Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:22     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2019 00:54:42     Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
cr             +EDI: WFFC.COM Jun 13 2019 03:58:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Road,    Winterville, NC 28590-8872
515428751       E-mail/Text: clientrep@capitalcollects.com Jun 13 2019 00:56:19     Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
515428752      +E-mail/Text: bankruptcy@cavps.com Jun 13 2019 00:55:42     Cavalry Portfolio Service,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
515464297      +E-mail/Text: bankruptcy@cavps.com Jun 13 2019 00:55:42     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515762459      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2019 00:54:42     Ditech Financial LLC,
                 f/k/a Green Tree Servicing LLC,    PO Box 0049,   Palatine, IL 60055-0049,
                 Ditech Financial LLC,    f/k/a Green Tree Servicing LLC 60055-0049
515762458      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2019 00:54:42     Ditech Financial LLC,
                 f/k/a Green Tree Servicing LLC,    PO Box 0049,   Palatine, IL 60055-0049
515510330       E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2019 00:54:42     EverBank,
                 c/o Green Tree Servicing LLC,    PO Box 0049,   Palatine, IL 60055-0049
515428757      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jun 13 2019 00:50:08     Exeter Finance Corp,
                 PO Box 166097,   Irving, TX 75016-6097
515615473      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jun 13 2019 00:51:17     Exeter Finance Corp.,
                 P.O. Box 167399,   Irving, TX 75016-7399
515484441      +EDI: AISACG.COM Jun 13 2019 03:58:00      Exeter Finance Corp.,   c/o Ascension Capital Group,
                 P.O. Box 201347,   Arlington, TX 76006-1347
515428758      +E-mail/Text: bankruptcy@fncbinc.com Jun 13 2019 00:53:55
                 First National Collection Bureau, Inc.,    610 Waltham Way,   Sparks, NV 89437-6695
515428759      +EDI: AMINFOFP.COM Jun 13 2019 03:58:00      First Premier Bank,   601 S Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
515428761       EDI: IIC9.COM Jun 13 2019 03:58:00      IC Systems Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
515428770       EDI: SWCR.COM Jun 13 2019 03:58:00      Southwest Credit,   4120 International Pkwy,
                 Suite 1100,   Carrollton, TX 75007-1958
515476586       EDI: WFFC.COM Jun 13 2019 03:58:00      Wells Fargo Bank, N.A.,   P.O. Box 19657,
                 Irvine, CA 92623-9657
515428774      +EDI: WFFC.COM Jun 13 2019 03:58:00      Wells Fargo Dealers Service,   PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696704*     +Exeter Finance LLC,    P.O. Box 167399,   Irving, TX 75016-7399
515428760*     +First Premier Bank,    601 S Minnesota Avenue,   Sioux Falls, SD 57104-4868
515428762*      IC Systems Inc.,    PO Box 64378,   Saint Paul, MN 55164-0378
515428767*     +Retreival Masters Credit Bureau, Inc.,    4 Westchester Plaza,   Suite 110,
                 Elmsford, NY 10523-1616
```

```
District/off: 0312-1          User: admin              Page 2 of 2                 Date Rcvd: Jun 12, 2019
                              Form ID: 3180W           Total Noticed: 36

515428768     ##+RJM Acquisitions,   575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
                                                                          TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
```
          Eric   Clayman     on behalf of Debtor Kristi L Gonzales jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric   Clayman     on behalf of Joint Debtor Americo A. Gonzales jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
           Services, Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
          Sindi   Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
                                                                                             TOTAL: 9
```