Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                     Case No.: 15−16097−ABA
                     Chapter: 13
                     Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kristi L Gonzales<br>aka Kristi L. Coogan, aka Kristi L. Valeriano<br>449 Windsor Drive<br>Bellmawr, NJ 08031 | Americo A. Gonzales<br>449 Windsor Drive<br>Bellmawr, NJ 08031 |

Social Security No.:
  xxx−xx−1582                                         xxx−xx−0517

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 17, 2019</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court